DAVID SARRATT (SBN 332438)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
Facsimile: (415) 644-5628
dsarratt@debevoise.com

Attorney for Defendant
JODY G. WONG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:25-CR-00134 WHO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL TO AND FROM WASHINGTON, D.C. BETWEEN MARCH 1, 2026 AND MARCH 7, 2026** |
| JODY G. WONG, | |
| Defendant. | |

-1-

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO
PERMIT TRAVEL
CASE NO. 3:25-CR-00134 WHO

WHEREAS, on December 4, 2025, this court issued an order setting conditions of release and appearance bond as to Mr. Wong;

WHEREAS, Mr. Wong is subject to the standard conditions of release and appearance that he remain in the Northern District of California or the Southern and Middle Districts of Florida and not travel without court approval;

WHEREAS, Mr. Wong wishes to travel to and from Washington, D.C. to attend business meetings between March 1, 2026 and March 7, 2026;

WHEREAS, the government and Pretrial Services do not object to modifying Mr. Wong's conditions of release to permit him to travel to Washington, D.C. between March 1, 2026 and March 7, 2026, provided that Mr. Wong notifies Pretrial Services of his travel plans before departure;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, that Mr. Wong's conditions of release should be modified to permit Mr. Wong to travel to Washington, D.C. between March 1, 2026 and March 7, 2026, provided that Mr. Wong give Pretrial Services all requested information concerning his travel plans prior to departure.

Dated:        February 13, 2026        Respectfully submitted,

By:    _/s/ David Sarratt_____
DAVID SARRATT
*Counsel for Defendant Jody G. Wong*

By:   _/s/Nicholas Parker_____
NICHOLAS PARKER
*Assistant United States Attorney*

-2-

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:        February 13, 2026              __/s/ David Sarratt_____

DAVID SARRATT

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 27, 2026

HON. THOMAS S. HIXSON

UNITED STATES MAGISTRATE JUDGE

-3-